This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO**,

Plaintiff-Appellee,

v.                                                                              **No. 35,591**

**MORRELL TONEY**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Jacqueline D. Flores, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Kathleen Baldridge, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**VIGIL, Chief Judge.**

{1}     Defendant Morrell Toney appeals from the district court's judgment, sentence, and order partially suspending his sentence, entered on April 5, 2016. This Court issued a notice of proposed disposition, proposing to dismiss the appeal for lack of a final, appealable order. Defendant filed a response, stating that he "concurs with this Court's proposed summary dismissal of his appeal for lack of jurisdiction." Accordingly, and for the reasons stated in our notice of proposed disposition, we dismiss for lack of a final, appealable order.

{2}     **IT IS SO ORDERED.**


_____
**MICHAEL E. VIGIL, Chief Judge**


**WE CONCUR:**


_____
**LINDA M. VANZI, Judge**


_____
**STEPHEN G. FRENCH, Judge**

2